# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4556
_____

DUONG T. HO,

    Petitioner,

    v.

JUDICIAL QUALIFICATIONS
COMMISSION, et al.,

    Respondents.

_____

Petition to Review Non-Final Agency Action – Original Jurisdiction.

January 11, 2018

PER CURIAM.

    DISMISSED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Duong T. Ho, pro se, Petitioner.

No appearance for Respondents.